JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JIRES JERRY BAJALIEH, an individual, and THE VALENTINO BROTHERS CORP, a California Corporation,

            Plaintiffs,

vs.

MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,

            Defendants.

Case No.:  5:23-cv-01153-MWF(SKx)

**ORDER OF DISMISSAL**

      The Court has reviewed the parties' Joint Stipulation to Dismiss (Docket No. 20), and good cause appearing therefore, the Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED DISMISSED with prejudice.

      **IT IS SO ORDERED.**

Dated: March 11, 2024

_____

MICHAEL W. FITZGERALD
United States District Judge